JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| BARBARA FARASH, | Case No. CV11-07434 DSF (AGRx) |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF BLACK & VEATCH AND NAMED AFFILIATES, | |
| Defendants. | |

IT IS HEREBY ORDER that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

2/24/12

DATED: _____     _____

*Dale S. Fischer* (signature)

UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4817-9752-7054 v1    - 1 -    CASE NO. CV11-07434 DSF (AGRX)
(PROPOSED) ORDER RE STIP. FOR DISM.
OF ENTIRE ACTION W/ PREJUDICE