JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARBARA FARASH,<br><br>        Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF BLACK & VEATCH AND NAMED AFFILIATES,<br><br>        Defendants. | Case No. CV11-07434 DSF (AGRx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDER that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

DATED: 2/24/12     _Dale S. Fischer_

UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4817-9752-7054 v1

- 1 -

CASE NO. CV11-07434 DSF (AGRX)
(PROPOSED) ORDER RE STIP. FOR DISM.
OF ENTIRE ACTION W/ PREJUDICE